FILED

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0409

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

HOLLY ANNE MATHIS,

  a.k.a. HOLLY ANNE NORLING,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 8, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 2 2020